■ JOHN W. STAATS, Plaintiff, v WEGMANS FOOD MARKETS, INC., Defendant and Third-Party Plaintiff-Respondent. SOLVAY IRON WORKS, INC., Third-Party Defendant, and ROCHESTER RIGGING & ERECTORS, INC., Third-Party Defendant-Appellant. (Appeal No. 2.) [849 NYS2d 870]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered October 9, 2006 in a personal injury action. The order granted the motion of defendant-third-party plaintiff for summary judgment on its claim for contractual indemnification against third-party defendant Rochester Rigging & Erectors, Inc.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Centra, Fahey and Gorski, JJ.

■ In the Matter of GINO RUDOLPH COBOS, Appellant, v ROBERT J. DENNISON, as Chairman of the New York State Division of Parole, Respondent. [849 NYS2d 827]—Appeal from a judgment (denominated order) of the Erie County Court (Michael L. D'Amico, J.), entered April 26, 2007 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Scudder, P.J., Martoche, Centra, Fahey and Gorski, JJ.

■ MORGAN SERVICES, INC., Appellant, v SANDRA ABRAMS, Doing Business as THE DUDLEY, Respondent. [849 NYS2d 870]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered November 3, 2006 in a breach of contract action. The order denied plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Centra, Fahey and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON R. STEWART, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered May 9, 2006. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Lunn, Peradotto, Green and Pine, JJ.